# United States District Court
## Western District of North Carolina
## Statesville Division

| | | |
|---|---|---|
| **Steven W. Chase,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 5:20-cv-00080-KDB |
| | ) | 5:15-cr-00015-KDB-DCK |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| | ) | |
| Respondent, | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 1, 2021 Order.

February 1, 2021

Frank G. Johns, Clerk
United States District Court